UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Clara Shipman,<br><br>                    Plaintiff,<br>v.<br><br>Pinnacle Financial Group, Inc.; and DOES 1-10, inclusive.<br><br>                    Defendants. | Civil Action No.: 3:10-cv-00677-SRU |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 14, 2010

                    Respectfully submitted,

                    PLAINTIFF, Clara Shipman

                    /s/ Sergei Lemberg

                    Sergei Lemberg, Esq.
                    Bar No.: 425027
                    **LEMBERG & ASSOCIATES L.L.C.**
                    1100 Summer Street, 3rd Floor
                    Stamford, CT 06905
                    Telephone: (203) 653-2250
                    Facsimile: (877) 795-3666
                    slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                      By:   /s/ Sergei Lemberg

                           Sergei Lemberg, Esq.